**Entered on Docket**
**March 08, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed: March 08, 2010**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                                  No. 08-41057 TG
                                       Chapter 13
ALEXIS STEPHEN DONAVILLE, DOROTHY      R.S. KAZ 4710
LEE DONAVILLE,

       Debtors.
_____/
```

**MEMORANDUM RE DISPUTE OVER TERMS OF ADEQUATE PROTECTION ORDER**

The parties appeared before the Court on March 5, 2010 at 11:00 a.m. on the motion for relief from the automatic stay filed by Deutsche Bank National Trust Company, as Trustee ("DB"). The debtors opposed the motion, contending that they were not in default of the adequate protection order entered by the Court after a June 1, 2009 hearing. They contended that the order permitted them to make reduced payments on DB's secured claim for an indefinite period of time. The Court agreed to listen to the recording of the hearing at which the terms of the adequate protection order were recited on the record.

The order in question was entered on July 24, 2009. Although the caption references a hearing on February 18, 2009, the hearing

upon which the order is based actually occurred on June 1, 2009. The minutes reflect that the debtors' counsel was present at that hearing.[1] The minutes also reflect that the reduced payments were only to be for a six month period.

The recording of the hearing is consistent with the minutes. DB's counsel explained that the debtors had been denied a loan modification. However, during the six month period of reduced payments, if the debtors reapplied, it was possible that the request for a modification might be reconsidered. DB's counsel also stated that, at the end of the six months, the motion could be restored to the calendar. Debtors' counsel did not contradict these representations.

The order does not accurately reflect these provisions: i.e., that the reduced payments could only be made for six months or that the motion could be restored at the end of the six month period even if the debtors had made all the reduced payments and paid taxes and insurance. However, the Court does not believe that the negligent drafting of an adequate protection order can alter the terms of an adequate protection order clearly agreed to by debtors' counsel and recited in open court to the Court.

END OF DOCUMENT

---

[1] The motion was originally heard on February 18, 2009 but was continued on that date to March 20, 2009 and then again to June 1, 2009.

2

```
                        COURT SERVICE LIST

Dorothy Lee Donaville
Alexis Stephen Donaville
4633 Grass Valley Rd.
Oakland, CA 94605

Max Cline
Law Offices of Max Cline
1300 Clay St. #600
Oakland, CA 94612

JaVonne M. Phillips
McCarthy & Holthus, LLP
1770 Fourth Ave.
San Diego, CA 92101
```